Recorded in Public Records 5/25/2018 9:24 AM OR Book 7905 Page 1730,
Instrument #2018040351, Pam Childers Clerk of the Circuit Court Escambia
County, FL

Case 3:19-cv-00076-MMH-JRK   Document 1-2   Filed 06/07/19   Page 1 of 8 PageID 135

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

STATE OF FLORIDA,

vs.

Case No.: **2017 CF 003312 B**
DIV: **C**

<u>STEVEN KUNKEMOELLER</u>,
      DEFENDANT

DEPARTMENT OF CORRECTIONS
ORDER OF JUDGMENT AND SENTENCE

This cause, coming on this day to be heard before the Court, and the Defendant being now present with Counsel, having entered a Plea(s) as follows:

Guilty as to Count(s): _____
Not Guilty as to Count(s): **1 & 2**
No Contest as to Count(s): _____

The State Attorney announced Nolle Prosequi as to Count(s): _____

☒ A Jury of your peers having found you: <u>Guilty as to Ct. 1 & 2</u>.

**The Court hereby:**
    Adjudicates Defendant Guilty as to Count(s): **1 & 2**
    Withholds Adjudication as to Count(s): _____
    Finds Defendant Not Guilty as to Count(s): _____
    Finds as to Count(s): _____

| Count | Statute | Statute Description | Level | Degree |
|---|---|---|---|---|
| 1 | 895.03(3) | RICO | F | F |
| 2 | 817.034(4)(a)1 | ORGANIZED FRAUD | F | F |

FILED & RECORDED 2018 MAY 18 P 2:10 PAM CHILDERS CLERK OF CIRCUIT COURT ESCAMBIA

1

Exhibit 2

Kunkemoeller

STATE OF FLORIDA
V.

STEVEN KUNKEMOELLER                                     2017 CF 003312 B
DEFENDANT.                                               CASE NUMBERS

## FINGERPRINTS OF DEFENDANT

| 1. RIGHT THUMB | 2. RIGHT INDEX | 3. RIGHT MIDDLE | 4. RIGHT RING | 5. RIGHT LITTLE |
|---|---|---|---|---|
| [print] | [print] | [print] | [print] | [print] |

| 1. LEFT THUMB | 2. LEFT INDEX | 3. LEFT MIDDLE | 4. LEFT RING | 5. LEFT LITTLE |
|---|---|---|---|---|
| [print] | [print] | [print] | [print] | [print] |

FINGERPRINTS TAKEN BY: _____Chris Sawtell PN_____    ____JS____
                              NAME                      TITLE

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant,

STEVEN KUNKEMOELLER

and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in **ESCAMBIA** County, Florida, this 18TH day of MAY, 2018.

_____
Judge

CourtPac Form (Revision 3/2014)

1A

Exhibit 2

**Under Authority granted to the Court by Florida law, it is ORDERED and ADJUDGED that:**

**The following Provisions apply as to Count(s):** _____

- ☐ Habitual Felony Offender (F.S. 775.084(4)(a))
- ☐ Habitual Violent Felony Offender:
  _____ Mandatory minimum imprisonment (F.S. 775.084(4)(b))
- ☐ Three-time Habitual Violent Felony Offender:
  _____ Mandatory minimum imprisonment (F.S. 775.084(4)(c))
- ☐ Violent Career Criminal:
  _____ Mandatory minimum imprisonment (F.S. 775.084(4)(d))
- ☐ Dangerous Sexual Felony Offender
  _____ Mandatory minimum imprisonment (F.S.794.0115(2))
- ☐ Prison Release Reoffender (F.S. 775.082(9))
- ☐ Firearm:
  - ☐ 3 Year Minimum (F.S. 775.087(2))
  - ☐ Possession: **10** Year Minimum (F.S. 775.087(2)(a)1
  - ☐ Discharge: **20** Year Minimum (F.S. 775.087(2)(a)2
  - ☐ Death or Great Bodily Harm: **25** Year Minimum (F.S. 775.087(2)(a)3
- ☐ Drug Trafficking:
  _____ Mandatory minimum imprisonment (F.S. 893.13(1)(c)1
- ☐ Controlled Substance within 1,000 Feet of a School: **3** Year Minimum (F.S. 893.13(1)(c)1)
- ☐ Assault or Battery on Person 65 years of age or older: **3** Year Minimum (F.S. 748.08(1))
- ☐ DUI / Manslaughter: **3** Year Minimum (F.S. 319.193(3))
- ☐ Sexual Predator (F.S. 775.21)
- ☐ Must register as a Sexual Offender (F.S. 943.0435)
- ☐ Criminal Gang Activity
- ☐ Youthful Offender Program (F.S. Ch. 958)
- ☐ _____

Exhibit 2

**As to COUNT 1 & 2, the Defendant is sentenced as follows:**

**PRISON / JAIL:**
- ☒ Serve _____ Years, **55.5** Months, _____ Days in ☒ State Prison, each count concurrent
- ☒ Credit for time served: **1** Day
- ☐ Time to be ☐ Consecutive ☐ Concurrent with **Count** _____
- ☐ _____ days Suspended
- ☐ Work Release **Court Ordered**
- ☐ Report to Court on _____, at _____ to begin your sentence
- ☒ Remanded to Custody
- ☒ To be followed by ☐ Community Control ☒ Probation

**COMMUNITY CONTROL / PROBATION:**
- ☐ Serve _____ Year, _____ Month(s) Community Control ☐ to be followed by Probation
- ☒ Serve **10** Years, _____ Month(s) Probation, each count concurrent
- ☐ Time to be ☐ Consecutive ☐ Concurrent with **Count** _____
- ☐ Pay $_____ monthly for Cost of Supervision to Community Corrections ☐ Waived
- ☒ Standard conditions of supervision imposed
- ☐ Possible early termination after _____ months
- ☐ State **does** oppose early termination of supervision
- ☐ Report to Probation **upon release from custody**

**COMMUNITY SERVICE:**
- ☐ You shall complete _____ hours of Community Service Work
- ☐ Complete _____ hours of Community Service Work per month
- ☐ Complete all hours within the first _____ of Supervision
- ☐ Begin Community Service Work within _____ of starting Supervision
- ☐ You may buy out _____ hours of Community Service Work at the rate of $_____ per hour
- ☐ You qualify to perform Community Service Work hours in lieu of paying court ordered court costs and fines at the rate of $_____ per hour

**FINES:**
- ☐ $_____ Fine

3

Exhibit 2

**The Defendant shall pay the following Court Costs:**
- [x] **$518** Mandatory Felony Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.15, 938.19, 938.27, 939.185, 775.083(2), Escambia County Ord 34-7 and 34-9)
- [ ] **$273** Mandatory Misdemeanor Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.15, 938.19, 938.27, 939.185, 775.083(2), Escambia County Ord 34-7 and 34-9)
- [ ] **$686** Felony DUI Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.07, 938.13, 938.15, 938.19, 938.27, 939.185, 775.083(2), 318.18(17), 318.18(18), Escambia County Ord 34-7 and 34-9)
- [ ] **$653** Felony BUI Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.07, 938.13, 938.15, 938.19, 938.27, 939.185, 775.083(2), Escambia County Ord 34-7 and 34-9)
- [ ] **$201** Domestic Violence Trust Fund (F.S. 938.08)
- [ ] **$151** Rape Crisis Trust Fund (F.S. 938.085)
- [ ] **$151** Crimes against Minors (F.S. 938.10)
- [ ] **$15** Misdemeanor Crimes Involving Drugs/Alcohol (F.S. 938.13)
- [ ] **$5,000** Prostitution (F.S. 796.07(6))
- [ ] **$65** Reckless Driving / Racing on Highway (F.S. 318.18(20))
- [ ] $_____ County Drug Abuse Trust Fund (F.S. 938.21)
- [ ] $_____ Additional Costs of Prosecution (F.S. 938.27)
- [ ] **$50** Public Defender Application (F.S. 27.52)
- [ ] $_____ for legal assistance (F.S. 938.29)
- [ ] **$100** FDLE (F.S. 938.055)
- [ ] **$30** State Facility Surcharge (F.S. 318.18)
- [ ] **$5** EMS Trust Fund (F.S. 316.192/316.061)
- [ ] **$3** State Radio (F.S. 318.18(17))
- [ ] $_____ Surcharge on all fines (F.S. 938.04)
- [ ] $_____ Cost of Investigation to _____ (F.S. 938.27)
- [ ] $_____

**Court Costs and Fines shall be paid as follows:**
- [ ] Enter into a Payment Plan with the Clerk of Court within _____ days of
  - [ ] Sentencing  [ ] Release from custody
- [ ] Pay _____ by _____, pay another _____ by _____, pay balance by _____
- [ ] You must pay all Court Costs and Fines or enter into a Payment Plan with the Clerk of Court within 3 business days of the day of sentencing; if you fail to do so you must appear in court on _____ at _____.
- [ ] All financial obligations to be paid in equal monthly installments to begin within _____

**The Defendant shall comply with the following Special Conditions:**
- [ ] Evaluation: Must obtain a/an **Alcohol** evaluation _____
- [ ] Counseling: Complete **Alcohol** counseling
- [ ] Treatment: Must begin any treatment deemed necessary by **alcohol** evaluation _____
- [ ] Attend all Counseling sessions
- [ ] Must successfully complete all recommended Counseling [ ] including aftercare

4

Exhibit 2

- ☐ Complete Shoplifter's Alternative class
- ☐ DVIP: Complete a Domestic Violence Intervention Program
- ☐ May not **consume** alcohol or drugs to include spice, bath salts, inhalants or any controlled substances not suitable for human consumption without a prescription
- ☐ Provide Probation Officer with prescriptions within _____ days and within _____ days of any new prescription thereafter
- ☐ Take prescriptions in prescribed dosages
- ☐ Alcohol/Drug Testing: Conduct testing **randomly** at your expense
- ☐ Do not test positive for **alcohol** after _____ Days.
- ☐ No Contact: Have no contact with _____
- ☐ Stay away from _____
- ☐ Restitution: $_____ to be paid to _____
- ☒ Restitution: Court awards restitution and costs
  - ☒ The Court reserves jurisdiction to determine restitution amount & costs at conclusion of Marcus May case
- ☐ Restitution **may** be paid into the court registry
- ☐ Restitution to be paid joint and severally with co-defendants
- ☐ **Seek** full time employment or school
- ☐ Perform _____ job searches per week if working less than _____ hours per week;
  - ☐ begin within _____ days of starting Supervision;
  - ☐ must continue until hired
- ☐ Your Driver's License is ☐ Suspended ☐ Revoked for _____
- ☐ DUI School: Must complete ☐ 1st Offender ☐ Multiple Offender DUI School
- ☐ Interlock _____ months with Business Purposes License
- ☐ Impact Panel: Must attend _____ Drunk Driving Impact Panel(s)
- ☐ Your vehicle will be impounded for _____ days
- ☐ You may not operate a motor vehicle
- ☐ Show proof of a ☐ Valid ☐ Clear driver's license
- ☒ Pay all Court Costs and Fines during Probation
- ☐ Attend two (2) Community Support Group Meetings per week. Obtain written verification of attendance, signed by the leader of the meeting. Provide proof of attendance to Probation Officer in court after 1st 2 weeks.
- ☐ Obtain a Home Group within _____ days and maintain
- ☐ Obtain a Sponsor within _____ and maintain
- ☐ Abide by terms of _____

☒ Other Provisions: **Defendant to have no business relationship or sale or contracting with any Charter Schools in Florida**

- ☐ It is determined that you are unable to pay the amounts due and your monetary obligations, consisting of Court Costs and Fees, are reduced to a Civil Judgment, which shall bear interest at the maximum rate allowed by law. (F.S. 55.03)
  - ☐ Any remaining balance due on your civil judgment after **90** days from the date of this order will be referred to a collections agency.
  - ☐ Your driver's license will be suspended.

5

Exhibit 2

If you fail to complete the terms of this order, including payment of all costs, fees and fines, as required, you may be subject to Contempt of Court proceedings.

If a bail bond is currently in effect as to this case and has not been forfeited, that bond is hereby cancelled and the surety is discharged from liability on that bond. A cash bond may be applied towards outstanding financial obligations as allowed per F.S. 903.286.

Any active warrants, capias or summons in this case against this Defendant are hereby quashed.

The Defendant has **30** days from the date of this Order and Judgment in which to file an appeal of the findings and sentence in this matter by filing a Notice of Appeal with the Clerk of Court.

DONE AND ORDERED.

NUNC PRO TUNC to **May 18, 2018.**

_____
Circuit Court Judge

    I hereby certify that a true and correct copy of this document was sent via electronic mail to the State Attorney and Defense Counsel of Record or Defendant by US Mail if there is no Defense Counsel of Record.

**PAM CHILDERS**, CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

Exhibit 2

# STATE OF FLORIDA
# UNIFORM COMMITMENT TO CUSTODY
# OF DEPARTMENT OF CORRECTIONS

The Circuit Court of Escambia County in the ☐ Spring ☐ Fall ☒ Winter Term, 20 _18_ , in the case of:

**STATE OF FLORIDA**

vs

**STEVEN KUNKEMOELLER**
Defendant

Case No 2017 CF 003312 B

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA,
TO THE SHERIFF OF SAID COUNTY AND THE DEPARTMENT OF CORRECTIONS OF SAID STATE,**

**GREETING:**

The above named defendant having been duly charged with the offense specified herein in the above styled Court, and having been duly convicted and adjudged guilty of and sentenced for said offense by Court, as appears from the attached certified copies of Indictment/Information, Judgment and sentence, and Felony Disposition which are hereby made parts hereof:

Now therefore, this is to command you, the Sheriff, to take, keep and within a reasonable time after receiving this commitment, safely deliver the said defendant, together with any pertinent Investigation Report prepared in this case, into custody of Department of Corrections of the State of the Florida: and this is to command you, the said, Department of Corrections, by and through your Secretary, Regional Directors, Superintendents, and other officials, to keep and safely imprison the said defendant for the term of said sentence in the institution in the state correctional system to which you, the said Department of Corrections, may cause the said defendant to be conveyed or thereafter transferred. And these presents shall be your authority for the same. Herein fail not.



WITNESS the Honorable THOMAS DANNHEISSER

Judge of Said Court, as also Pam Childers, Clerk, and the Seal thereof, this _18_ day of ____MAY____, 20 _18_ .

_Susan A Gargul_
Deputy Clerk

Exhibit 2