Fraudulent Invoicing Scheme

| Invoice # | Date | Billed | Description | Cost | Difference | Markup | Supplier |
|---|---|---|---|---|---|---|---|
| | | | **Red Ignition LLC** | | | | |
| **Palm Bay Education Group** | | | | | | | |
| **Palm Bay Academy** | | | | | | | |
| 1204 | 06/01/10 | $ 120,000.00 | Computer Equipment | $ 46,080.00 | $ 73,920.00 | 160.42% | System 76 |
| 1206 | 06/23/10 | $ 40,000.00 | Furniture | $ 29,828.34 | $ 10,171.66 | 34.10% | Hertz |
| | | | | TOTAL | $ 84,091.66 | | |
| **Palm Bay Preparatory High School** | | | | | | | |
| 1187 | 12/12/08 | $ 53,100.00 | Computer Equipment | $ 16,560.00 | $ 36,540.00 | 220.65% | System 76 |
| 1189 | 03/23/09 | $ 23,600.00 | Computer Equipment | $ 7,360.00 | $ 16,240.00 | 220.65% | |
| 1197 | 09/17/09 | $ 41,300.00 | Computer Equipment | $ 12,880.00 | $ 28,420.00 | 220.65% | System 76 |
| 1198 | 09/17/09 | $ 11,800.00 | Computer Equipment | $ 3,680.00 | $ 8,120.00 | 220.65% | |
| | | | | TOTAL | $ 89,320.00 | | |
| | | | **School Warehouse** | | | | |
| **Palm Bay Education Group** | | | | | | | |
| **Palm Bay Academy** | | | | | | | |
| 2010-211 | 10/15/10 | $ 70,000.00 | Computer Equipment | $ 26,880.00 | $ 43,120.00 | 160.42% | System 76 |
| 15-5116 | 04/30/15 | $ 3,022.65 | Computer Equipment | $ 2,748.39 | $ 274.26 | 9.98% | CDW |
| | | | | TOTAL | $ 43,394.26 | | |
| **Palm Bay Preparatory High School** | | | | | | | |
| 13-260816 | 09/03/13 | $ 2,142.24 | Furniture | $ 1,971.86 | $ 170.38 | 8.64% | Park-n-Pool |
| 14-5045 | 09/16/14 | $ 5,419.50 | Computer Equipment and Furniture | $ 2,505.31 | $ 2,914.19 | 116.32% | Florida Office Interiors, CDW |
| | | | | TOTAL | $ 3,084.57 | | |
| **River City Education Organization** | | | | | | | |
| **San Jose Academy** | | | | | | | |
| 12-1186 | 07/12/12 | $ 20,000.00 | Deposit on Computer Equipment | $ - | $ 20,000.00 | | N/A |
| 13-260810 | 08/29/13 | $ 55,195.00 | Computer Equipment | $ 33,381.38 | $ 21,813.62 | 65.35% | CDW-G |
| 13-260810 | 08/29/13 | $ (10,000.00) | Deposit applied partially | $ - | $ (10,000.00) | | N/A |
| 13-260817 | 09/03/13 | $ 70,450.84 | Furniture | $ 40,593.41 | $ 29,857.43 | 73.55% | Hertz Furniture, Discount Office Furniture, ParkNPool |
| 14-5005 | 08/05/14 | $ 55,398.41 | Furniture | $ 28,937.45 | $ 26,460.96 | 91.44% | Florida Office Interiors, Hertz, ParkNPool |
| 14-5011 | 08/05/14 | $ 63,689.03 | Computer Equipment | $ 38,909.22 | $ 24,779.81 | 63.69% | CDW-G |
| 14-5016 | 08/05/14 | $ 6,919.00 | Computer Equipment | $ 4,191.99 | $ 2,727.01 | 65.05% | Stampede Presentation Products |
| 14-5021 | 08/05/14 | $ 1,189.00 | Computer Equipment | $ 628.75 | $ 560.25 | 89.11% | Schools In |
| 15-5137 | 06/22/15 | $ 812.34 | Computer Equipment | $ 564.66 | $ 247.68 | 43.86% | CDW |
| 15-5138 | 06/22/15 | $ 812.34 | Computer Equipment | $ 564.66 | $ 247.68 | 43.86% | CDW |
| 15-5171 | 08/04/15 | $ 21,660.09 | Furniture | $ 9,327.75 | $ 12,332.34 | 132.21% | Florida Office Interiors, Hertz |
| 15-5165 | 07/29/15 | $ 26,707.03 | Computer Equipment | $ 15,051.03 | $ 11,656.00 | 77.44% | CDW |
| | | | | TOTAL | $ 140,682.78 | | |

**San Jose Preparatory High**

Exhibit 7

Fraudulent Invoicing Scheme

| Invoice # | Date | Billed | Description | Cost | Difference | Markup | Supplier |
|---|---|---|---|---|---|---|---|
| 12-1187 | 07/12/12 | $ 10,000.00 | Deposit on Computer Equipment | $ - | $ 10,000.00 | | N/A |
| 13-260811 | 08/29/13 | $ 53,200.00 | Computer Equipment | $ 33,381.38 | $ 19,818.62 | 59.37% | CDW-G |
| 13-260811 | 08/29/13 | $ (10,000.00) | Deposit applied | $ - | $ (10,000.00) | | N/A |
| 13-260817 | 09/03/13 | $ 38,263.08 | Furniture | $ 23,558.86 | $ 14,704.22 | 62.41% | Hertz Furniture |
| 15-5114 | 03/03/15 | $ 33,000.00 | Computer Equipment | $ 26,118.26 | $ 6,881.74 | 26.35% | CDW-G |
| 15-5115 | 03/10/15 | $ 20,000.00 | Computer Equipment | $ 9,525.00 | $ 10,475.00 | 109.97% | Hertz Furniture |
| 15-5197 | 10/30/15 | $ 825.95 | Computer Equipment | $ 536.92 | $ 289.03 | 53.83% | CDW |
| 15-5226 | 01/14/16 | $ 8,158.45 | Computer Equipment | $ 5,533.45 | $ 2,625.00 | 47.44% | CDW |
| | | | | TOTAL | $ 54,793.61 | | |

**Pinellas Education Organization**
  **Enterprise High School**

| Invoice # | Date | Billed | Description | Cost | Difference | Markup | Supplier |
|---|---|---|---|---|---|---|---|
| 12-1186 | 07/12/12 | $ 10,000.00 | Deposit on Furniture | $ - | $ 10,000.00 | | N/A |
| 12-1190 | 07/12/12 | $ 13,000.00 | Deposit on Computer Equipment | $ - | $ 13,000.00 | | N/A |
| 13-260805 | 08/29/13 | $ 27,930.00 | Computer Equipment | $ 18,099.31 | $ 9,830.69 | 54.32% | CDW |
| 13-260805 | 08/29/13 | $ (13,000.00) | Deposit applied | $ - | $ (13,000.00) | | N/A |
| 13-260815 | 09/03/13 | $ 16,741.55 | Furniture | $ 9,926.38 | $ 6,815.17 | 68.66% | Hertz, Discount Office Items |
| 14-5029 | 08/19/14 | $ 220.56 | Computer Equipment | $ 221.28 | $ (0.72) | -0.33% | CDW |
| 14-5040 | 09/17/14 | $ 17,696.33 | Computer Equipment and Furniture | $ 13,607.52 | $ 4,088.81 | 30.05% | CDW-G, Hertz |
| 14-5041 | 09/16/14 | $ 33,147.93 | Computer Equipment and Furniture | $ 17,042.95 | $ 16,104.98 | 94.50% | Florida Office Interiors, CDW, Stampede Presentation Products |
| 14-5062 | 10/07/14 | $ 1,626.37 | Computer Equipment | $ 1,198.37 | $ 428.00 | 35.72% | CDW |
| 14-5090 | 12/17/14 | $ 13,498.39 | Computer Equipment | $ 9,388.84 | $ 4,109.55 | 43.77% | CDW |
| 14-5091 | 12/17/14 | $ 192.32 | Computer Equipment | $ 136.38 | $ 55.94 | 41.02% | CDW |
| 15-5110 | 02/26/15 | $ 311.35 | Computer Equipment | $ 221.28 | $ 90.07 | 40.70% | CDW |
| 15-5113 | 03/10/15 | $ 5,000.36 | Computer Equipment | $ 5,777.57 | $ (777.21) | -13.45% | CDW |
| 15-5118 | 04/15/15 | $ 1,457.09 | Computer Equipment | $ 939.93 | $ 517.16 | 55.02% | CDW |
| 15-5126 | 06/12/15 | $ 84,140.00 | Computer Equipment | $ 75,641.34 | $ 8,498.66 | 11.24% | CDW |
| | | | | TOTAL | $ 59,761.10 | | |

**GRAND TOTAL FOR ENTIRE SCHEME**          $ 475,127.98

Exhibit 7