UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RIVER CITY EDUCATION ORGANIZATION,
INC., *etc.*, *et al.*,

    Plaintiffs,

v.

                                                Case No.: 3:19-cv-00676-MMH-JRK

MARCUS MAY, *et al.*,

    Defendants.

_____/

## MARCUS MAY BANKRUPTCY CASE STATUS REPORT

In accordance with the Court's Order (Doc. 160) directing the Parties to file a report advising the Court as to the status of the bankruptcy case by September 7, 2021,[1] Plaintiffs, RIVER CITY EDUCATION ORGANIZATION, INC., PALM BAY EDUCATION GROUP, INC., and PINELLAS EDUCATION ORGANIZATION, INC. (collectively, "***Plaintiffs***"), file this Status Report, and after consultation and consent of the Defendants, the Parties state:

    1.    On May 6, 2021, Defendant Marcus May commenced a Chapter 11 proceeding by filing a voluntary petition (the "***Petition***") for relief under Subchapter V of Chapter 11 in the case styled: *In re Marcus Nelson May*, Case No.: 21-10086-KKS, in the United States Bankruptcy Court for the Northern District of Florida, Gainesville Division (the "***Bankruptcy Case***").

    2.    A meeting of creditors pursuant to 11 U.S.C. § 341 was held in the Bankruptcy Case on June 2, 2021.

---

[1] On September 14, 2021, the Court entered an Order (Doc. 161) directing that the parties show cause why the case should not be dismissed for failure to file the required status report by September 7, 2021. A response to the Order to Show Cause (Doc. 161) is being filed contemporaneously with this Status Report.

3. On June 9, 2021, the Bankruptcy Court entered an Order granting Mr. May's motion requesting relief from the automatic stay to permit the appeal of his criminal conviction (the "***Appeal***") to proceed (Case No.: 21-10086-KKS, Doc. 46).

4. Full and final disposition the Appeal is a critical issue in the bankruptcy case, including, but not limited to, whether Mr. May's liability to the Plaintiffs is a non-dischargeable debt pursuant to 11 USC § 523.

5. On July 13, 2021, Plaintiffs each filed their respective Proofs Claim against Mr. May's bankruptcy estate (Case No.: 21-10086-KKS: Claim 8, Claim 9, and Claim 10).

6. On August 26, 2021, Florida's First District Court of Appeal (the "***First DCA***") entered an order affirming Mr. May's criminal conviction and 20-year prison sentence by written opinion (the "***First DCA Opinion***").

7. On August 31, 2021, Mr. May filed his proposed Chapter 11 Plan and Disclosure Statement (Case No.: 21-10086-KKS, Doc. 97).

8. On September 10, 2021, Mr. May filed a Motion for Rehearing regarding the First DCA Opinion.

9. As of the date of this filing, the First DCA has yet to issue a ruling on Mr. May's Motion for Rehearing. As such, Mr. May's Appeal remains pending.

10. A Bankruptcy Rule 2004 Examination of Mr. May's business manager and representative, Kevin Rose, is scheduled for October 4, 2021 (*see* Case No.: 21-10086-KKS, Docs. 85 and 110). Topics for the examination of Mr. Rose include: (a) the acts, conduct, property, liabilities, and financial condition of Mr. May; (b) matters which may affect administration of Mr. May's bankruptcy estate; (c) matters which may affect Mr. May's right to a discharge or the dischargeability of certain debts; (d) the operation of Mr. May's businesses; and (e) other matters

relevant to Mr. May's bankruptcy case and the formation of his proposed Chapter 11 Plan.

11. The Bankruptcy Court has set a confirmation hearing on Mr. May's proposed Chapter 11 Plan and Disclosure Statement for November 17, 2021.

Respectfully submitted this 22nd day of September, 2021.

        EIDSON LAW, LLC

        By: /s/ James C. Eidson
        JAMES C. EIDSON, Esq.
        Florida Bar No.: 47695
        954 Avenida Ponce De Leon
        Suite 205 - PMB 10314
        San Juan, Puerto Rico 00907
        Telephone: (904) 990-8080
        james@eidsonlawfirm.com

        and

        THE ARNOLD LAW FIRM, L.L.C.

        By: /s/ Shawn A. Arnold
        Shawn A. Arnold, Esq., B.C.S.
        Florida Bar No.: 0193232
        Melissa Gross-Arnold, Esq., B.C.S.
        Fl. Bar No.: 0194300
        6279 Dupont Station Court East
        Jacksonville, FL 32217
        (904) 731-3800 (main)
        (904) 731-3807 (facsimile)
        sarnold@arnoldlawfirmllc.com
        melissa@arnoldlawfirmllc.com

        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of September, 2021, a copy of the foregoing has been electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, *via* CM/ECF, and copies electronically delivered to the following:

| | |
|---|---|
| David D. Burns | dburns@ferrelleburnslaw.com |
| Ashley A. Dodd | adodd@ferrelleburnslaw.com |
| Ferrelle Burns | |
| 241 Atlantic Boulevard, Suite 203 | |
| Neptune Beach, Florida 32266 | |

*Attorneys for Defendants Mary Elizabeth (Walker) May, Mary Elizabeth (Walker) May, as Trustee of the Morningwood Trust, the Morningwood Trust, Rearden Capital, LLC, Galt Solutions, LLC, Meadow Spur, LLC, Leasing Co. of Florida, LLC, and Leekca Properties, LLC*

| | |
|---|---|
| Michael T. Fackler | mfackler@milamhoward.com |
| Peter E. Nicandri | sphipps@milamhoward.com |
| 14 East Bay Street | pnicandri@milamhoward.com |
| Jacksonville, Florida 32202 | cconnell@milamhoward.com |
| Telephone: (904) 357-3660 | |
| Facsimile: (904) 357-3661 | |

*Attorneys for Defendants, Marcus May, Blue Victorian Property, LLC, 840 W State St. LLC, 5806 Broadway Properties LLC, 4877 Pearl Property, LLC, SR 370 Venture LLC, D'Anconia Development Co LLC, 4855 Main St Prop LLC, and Red Ignition, LLC*

      */s/ James C. Eidson*
      Attorney